| | | | |
|---|---|---|---|
| Com. v. A.J.H. . . . . . . | 08/17/2016135 WAL (2016) | Denied | Pa.Super., 144 A.3d 201 |
| Com. v. Adams . . . . . | 08/10/2016137 EAL (2016) | Denied | Pa.Super., 108 A.3d 107 |
| Com. v. Adkins . . . . . | 08/10/2016153 EAL (2016) | Denied | No. 1782 EDA 2015 |
| Com. v. Alvarez–Mendoza . . . . . . . . . | 08/23/2016621 EAL (2015) | Denied | Pa.Super., 134 A.3d 101 |
| Com. v. Arias . . . . . . | 08/30/2016139 MAL (2016) | Denied | Pa.Super., 136 A.3d 1036 |
| Com. v. Bocelli . . . . . | 08/23/2016273 MAL (2016) | Denied | Pa.Super., 141 A.3d 599 |
| Com. v. Bonaparte | 08/30/201689 EAL (2016) | Denied | Pa.Super., 141 A.3d 595 |
| Com. v. Bradley [3] . . . | 08/30/2016179 WAL (2016) | Denied | Pa.Super., 145 A.3d 771 |
| Com. v. Britt . . . . . . . | 08/24/2016142 WAL (2016) | Denied | Pa.Super., 144 A.3d 206 |
| Com. v. Brown [4] . . . . | 08/23/201616 MAL (2016) | Denied | Pa.Super., 135 A.3d 652 |
| Com. v. Cabassa . . . . | 08/24/2016324 MAL (2016) | Denied | Pa.Super., 145 A.3d 776 |
| Com. v. Canada [5] . . . | 08/30/201682 EAL (2016) | Denied | Pa.Super., 144 A.3d 211 |
| Com. v. Chester [6] . . . | 08/16/2016168 EAL (2016) | Denied | Pa.Super., 144 A.3d 206 |

**3.** Justice MUNDY did not participate in the consideration or decision of this matter.

**4.** Justice WECHT did not participate in the consideration or decision of this matter.

**5.** Justice DONOHUE and MUNDY did not participate in the decision of this matter.

**6.** Justice MUNDY did not participate in the consideration or decision of this matter.